Name, Address and Telephone Number of Attorney(s):

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s). | **MEDIATION REPORT** |

*Instructions:* **The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**

1.    ☐ A mediation was held on (date): _____ .

☐ A mediation did not take place because the case settled before the session occurred.

2.    The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

☐ Appeared as required by Civil L.R. 16-15.5(b).

☐ Did not appear as required by Civil L.R. 16-15.5(b).

☐ Plaintiff or plaintiff's representative failed to appear.
☐ Defendant or defendant's representative failed to appear.
☐ Other:

3.    Did the case settle?

☐ Yes, fully, on _____ (date).
☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
☐ Yes, partially, and further facilitated discussions are **not** expected.
☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
☐ No, and further facilitated discussions are **not** expected.

4.    If further facilitated discussions are expected, by what date will you check in with the parties?

_____ .

Dated: _____

_____
Signature of Mediator

_____
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*