Name, Address and Telephone Number of Attorney(s):

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s). | **MEDIATION REPORT** |

_**Instructions:** The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._

1.   ☐ A mediation was held on (date): _____ .

      ☐ A mediation did not take place because the case settled before the session occurred.

2.   The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

      ☐ Appeared as required by Civil L.R. 16-15.5(b).

      ☐ Did not appear as required by Civil L.R. 16-15.5(b).

          ☐ Plaintiff or plaintiff's representative failed to appear.

          ☐ Defendant or defendant's representative failed to appear.

          ☐ Other:

3.   Did the case settle?

      ☐ Yes, fully, on _____ (date).

      ☐ Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_

      ☐ Yes, partially, and further facilitated discussions are **not** expected.

      ☐ No, and further facilitated discussions are expected. _(See No. 4 below.)_

      ☐ No, and further facilitated discussions are **not** expected.

4.   If further facilitated discussions are expected, by what date will you check in with the parties?

      _____ .

Dated: _____

                                    _____
                                         Signature of Mediator

                                    _____

_The Mediator must electronically file original document in CM/ ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_
                                        Name of Mediator (print)