ALMAZAN | FINNEMAN
Trevor J. Finneman – State Bar No. 275131
trevor.finneman@alfilaw.com
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (310) 280-6767
Facsimile: (323) 272-3315
Attorneys for Plaintiff TRIXY BETSWORTH

SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
Steven B. Soltman – State Bar No. 108649
ssoltman@slfesq.com
Philip E. Black – State Bar No. 112779
pblack@ slfesq.com
90 E. Thousand Oaks Blvd., Ste. 300
Thousand Oaks, California 91360
Telephone: (805) 497-7706
Facsimile: (805) 497-1147

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIXY BETSWORTH, an individual; | CASE NO.: 5:20-cv-00316-CBM (KKx) |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES** |
| v. | |
| CANTERBURY AT INDIAN HILLS HOMEOWNERS ASSOCIATION, a California Corporation; FIRSTSERVICE RESIDENTIAL CALIFORNIA, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive. | **L.R. 16-15.7**<br><br>*[Proposed] Order filed concurrently herewith* |
| Defendants. | |

TO THE HONORABLE COURT:

In accordance with Local Rule 16-15.7, Plaintiff Trixy Betsworth and Defendants Canterbury at Indian Hills Homeowners Association and FirstService Residential California, LLC report that they have reached terms of settlement in the above-captioned matter.

The parties estimate that prerequisites to dismissal, including drafting and execution of the Settlement Agreement by all parties, will take approximately seventy-five (75) days.

Based on the above representations, and good cause showing, the parties respectfully request that the parties be provided seventy-five (75) days within which to file a dismissal of this action. The parties further request that all pre-trial dates set by the Court in this matter be vacated.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 13, 2021            ALMAZAN | FINNEMAN

                                   _____
                                   Trevor J. Finneman
                                   Attorneys for Plaintiff
                                   TRIXY BETSWORTH

Dated: January 13, 2021            SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP

                                   /s/ Philip E. Black
                                   _____
                                   Philip E. Black
                                   Attorneys for Defendants
                                   CANTERBURY AT INDIAN HILLS HOMEOWNERS ASSOCIATION and FIRSTSERVICE RESIDENTIAL CALIFORNIA, LLC

-1-

JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES