1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIXY BETSWORTH, an individual; | CASE NO.: 5:20-cv-00316-CBM (KKx) |
| Plaintiff, | **ORDER RE: JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [JS-6]** |
| v. | |
| CANTERBURY AT INDIAN HILLS HOMEOWNERS ASSOCIATION, a California Corporation; FIRSTSERVICE RESIDENTIAL CALIFORNIA, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive. | |
| Defendants. | |

Almazan | Finneman
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071

Plaintiff Trixy Betsworth and Defendants Canterbury at Indian Hills Homeowners Association and FirstService Residential California, LLC have filed a joint stipulation pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii) for the voluntary dismissal of this matter in its entirety with prejudice.  In light of the parties' joint stipulation for dismissal, IT IS ORDERED THAT this matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: FEBRUARY 24, 2021

_____
Hon. Consuelo B. Marshall
United States District Judge

ORDER RE: JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)